# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of: | CASE NO. MC F 12-0008 LJO GSA |
| REPUBLIC OF ECUADOR, et al., | **RECONSIDERATION OF FEBRUARY 21, 2012 ORDER** <br> (Doc. 54.) |
| Applicants, | |
| For the Issuance of Subpoenas under 28 U.S.C. § 1782(a) for the Taking of Depositions of and the Production of Documents by Douglas M. MacKay for use in a Foreign Proceeding. | |
| _____ / | |

Respondents Douglas M. MacKay ("Dr. MacKay") and Chevron Corporation ("Chevron") seek reconsideration of this Court's February 21, 2012 order ("February 21 order") addressing production of documents from expert Dr. MacKay. Dr. MacKay and Chevron (collectively "respondents") accuse this Court of misunderstanding "the nature of the dispute between the parties." This Court assures respondents that it does not misunderstand the dispute and that absence of clarity is of respondents' making. Respondents continue to fail to identify particular documents or categories of documents which they claim are protected and to take full advantage of in camera review set forth in U.S. Magistrate Judge Gary Austin's February 14, 2012 order ("February 14 order").

The February 14 order contemplates contingencies which require Magistrate Judge Austin's

continuing efforts.  Even assuming completion or a limited scope of Magistrate Judge Austin's in camera review, respondents pursue an overbroad, nebulous request.  After Magistrate Judge Austin completes his efforts contemplated by the February 14 order, respondents may seek reconsideration of Magistrate Judge Austin's rulings from this date forward.  The February 14 order remains fully effective.

IT IS SO ORDERED.

**Dated:   February 22, 2012**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE