1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

In re Application of:                                    CASE NO. MC F 12-0008 LJO GSA

12

REPUBLIC OF ECUADOR, et al.,                  **RECONSIDERATION OF FEBRUARY 21,**
13                                                        **2012 ORDER**
                                                        (Doc. 54.)
14                    Applicants,

15  For the Issuance of Subpoenas
    under 28 U.S.C. § 1782(a) for
16  the Taking of Depositions of and
    the Production of Documents
17  by Douglas M. MacKay for
    use in a Foreign Proceeding.
18
                                            /
19

20          Respondents Douglas M. MacKay ("Dr. MacKay") and Chevron Corporation ("Chevron") seek

21  reconsideration of this Court's February 21, 2012 order ("February 21 order") addressing production of

22  documents from expert Dr. MacKay.  Dr. MacKay and Chevron (collectively "respondents") accuse this

23  Court of misunderstanding "the nature of the dispute between the parties."  This Court assures

24  respondents that it does not misunderstand the dispute and that absence of clarity is of respondents'

25  making.  Respondents continue to fail to identify particular documents or categories of documents which

26  they claim are protected and to take full advantage of in camera review set forth in U.S. Magistrate Judge

27  Gary Austin's February 14, 2012 order ("February 14 order").

28          The February 14 order contemplates contingencies which require Magistrate Judge Austin's

                                            1

1  continuing efforts.  Even assuming completion or a limited scope of Magistrate Judge Austin's in camera

2  review, respondents pursue an overbroad, nebulous request.  After Magistrate Judge Austin completes

3  his efforts contemplated by the February 14 order, respondents may seek reconsideration of Magistrate

4  Judge Austin's rulings from this date forward.  The February 14 order remains fully effective.

5     IT IS SO ORDERED.

6  **Dated:     February 22, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28